# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Government Employees Health Association, Inc.

                        Plaintiff,

v.                                                       Case No.: 1:20−cv−03673
                                                             Honorable Robert M. Dow Jr.

Jazz Pharmaceuticals PLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 14, 2020:

       MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Plaintiff's notice of voluntary dismissal [7] filed on 7/13/2020, this action is dismissed without prejudice. Status hearing set for 8/17/2020 is stricken. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.